*Plaintiff(s) Counsel:*

David Kuttles, Esq.
THE LANIER LAW FIRM, PLLC
Tower 56
126 E. 56th Street, 6th Floor
New York, New York 10022
(T) 212-421-2800
(F) 212-421-2878

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific No: 06-CV-3296<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| PAUL LENHART,<br><br>Plaintiff(s),<br><br>v.<br><br>PFIZER INC., ET AL.,<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, PAUL LENHART, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action, only, with prejudice with each side bearing its own attorneys' fees and costs.

DATED: March 16, 2009        By: _____
                                  David Kuttles, Esq.
                                  THE LANIER LAW FIRM, PLLC
                                  Tower 56
                                  123 E. 56th Street, 6th Floor
                                  New York, New York 10022
                                  (T) 212-421-2800
                                  (F) 212-421-2878

                                  *Counsel for Plaintiff(s).*

DATED: April 15, 2009        By: _____
                                  Michelle Sadowsky, Esq.
                                  DLA PIPER US LLP
                                  1251 Avenue of the Americas
                                  New York, New York 10020-1104
                                  (T) 212-335-4625
                                  (F) 212-884-8675

                                  *Defendants' Liaison Counsel.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 23, 2009

_____
Hon. Charles R. Breyer
United States District Court



IT IS SO ORDERED
Judge Charles R. Breyer